[Criminal No. 774. Filed May 16, 1932.]

[11 Pac. (2d) 358.]

CARMEN SERRANO, Appellant, v. STATE, Appellee.

Mr. William J. Fellows, for Appellant.

The Attorney General, for the State.

PER CURIAM.—The essential facts and the question involved in this case are precisely the same as those in the case of *Hernandez* v. *State, ante,* p. 200, 11 Pac. (2d) 356, just decided. For the reasons set forth in that case, the judgment of the superior court herein is affirmed.